# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-15859-MDC

GAYE POMIKA BIGBEE

926 MADISON STREET

CHESTER, PA 19103-5921

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  GAYE POMIKA BIGBEE

  926 MADISON STREET

  CHESTER, PA 19103-5921

Counsel for debtor(s), by electronic notice only.

  MICHAEL D. WARD ESQUIRE
  1800 JFK BLVD
  SUITE 300
  PHILADELPHIA, PA 19103-

Date: 12/29/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee