# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-15859-MDC

GAYE POMIKA BIGBEE

926 MADISON STREET

CHESTER, PA 19103-5921

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
GAYE POMIKA BIGBEE

926 MADISON STREET

CHESTER, PA 19103-5921

**Counsel for debtor(s), by electronic notice only.**
MICHAEL D. WARD ESQUIRE
1800 JFK BLVD
SUITE 300
PHILADELPHIA, PA 19103-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                /s/ William C. Miller

Date: 1/27/2017

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee