IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE

|  |  |  |
|---|---|---|
|  | : |  |
| **Gaye Pomika Bigbee** | : | BK NO. |
|  | : | **16-15859-MDC** |
| DEBTOR | : |  |

## AMENDED CHAPTER 13 PLAN

Debtor(s) shall pay to the Trustee $ 1,186.00 by January, 2017 then beginning February, 2017 the sum of  $481.00  per month for the final 55 months of the Debtor's plan totaling 60 months and in a total amount of $27, 641.00.

1.    From payments received, disbursements shall be made as follows:
   (a)    Priority payments under Rule 13.309(a):
      (1)    All administrative expenses and commissions due to the Trustee.
      (2)    Attorney's fees as Ordered by the Court to Michael D. Ward, Esquire: amounts ordered by the Court in the amount of $2,310.00.
      (3)    The allowed priority unsecured portion of the claim of the IRS, Claim No. 2, in the amount of $1,253.09 shall be paid through the plan.

   (b)    Allowed secured claims will be paid as follows:

      (1)    The allowed secured claim for arrears of Habitat for Humanity/PFHA Loan Servicing Division, Claim No. 1 in the amount of $19,934.15 shall be paid through the plan.
      (2)    The allowed secured claim of the City of Chester Claim

No. 2, in the amount of $1,332.50, plus 5% interest, or $67.00, for a total allowed secured claim of $1,399.50 shall be paid though the plan, which amount is the total amount of the debt including all interest, allowable attorney's fees and cost.

(c)   After all, allowed secured and priority claims are paid the remainder is to be distributed on a **Pro Rata** basis to all filed unsecured claims approved by the Court.

2.   All payments on account of mortgage and security interest during the term of this plan are to be paid by the debtor except the following: None.

3.   Petitioner(s) exercise their right of avoidance of all liens as allowed by law under 11 U.S.C Subsec. 522(f)

4.   Upon Confirmation of the Plan, title to all of the Petitioner(s) assets shall revest in the Petitioner(s).

5.   The following asset(s) seized during the past year are to be returned to the Debtor(s) upon Confirmation: None.

/s/Gaye Pomika Bigbee

Date: 01/26/2017                   _____

Debtor:

**Gaye Pomika Bigbee**