IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                 :
**Gaye Pomika Bigbee**                                :    BK NO.
                                                      :    **16-15859-MDC**
DEBTOR                                                :

### CERTIFICATION OF SERVICE

I, Michael D. Ward, do hereby certify that true and correct copies of the **Debtor's First Amended Chapter 13 Plan** served this date by United States Mail, First Class, postage prepaid or ECF e-mail up the following parties on the date listed below.

**The Debtor, The Chapter 13 Trustee, the U.S. Trustee and the parties listed below.**

/S/Michael D. Ward
_____
Michael D. Ward

DATED:    **February 13, 2017**

Service List

HABITAT FOR HUMANITY- DELAWARE, COUNTY, PENNSYLVAN
PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101

IRS
PO BOX 145595
CINCINNATI OH 45250

City of Chester
c/o JAMES RANDOLPH WOOD
Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404

JOSHUA ISAAC GOLDMAN
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106


DIANE M BOEHRET, Esquire
1000 Sandy Hill Road
Suite 150
Norristown, Pennsylvania 19401


Probation Dept of Delaware County
P O BOX 1057
MEDIA PA 19063


PENNSYLVANIA FEDERAL COU
900 MARKET STREET RM 400
PHILADELPHIA, PA 19106