```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 16-15859-mdc
Gaye Pomika Bigbee                                                  Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2        User: Stacey              Page 1 of 2         Date Rcvd: May 19, 2017
                            Form ID: pdf900           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db            +Gaye Pomika Bigbee,    926 Madison Street,    Chester, PA 19013-5921
13779777     #+ALLIED COLLECTION SERVICE,    8550 BALBOA BV 232,    NORTHRIDGE, CA 91325-5806
13779771      +City of Chester,    Chester City Hall,    1 Fourth St,    Chester, PA 19013-4400
13819605      +City of Chester,    c/o Portnoff Law Associates, Ltd.,     P.O. Box 3020,
                Norristown, PA 19404-3020
13779770      +DIANE M BOEHRET, Esquire,    1000 Sandy Hill Road,    Suite 150,
                Norristown, Pennsylvania 19401-4181
13847229       Educational Credit Management Corporation,    Po Box 16408,    Saint Paul MN 55116-0408
13779779       Ginnys,    1112 7th Ave.,    Monroe, WI 53566-1364
13779772      +HABITAT FOR HUMANITY,    DELAWARE COUNTY PENNSYLVANIA, INC,    818 West MacDade Boulevard,
                Folsom, PA 19033-3513
13803703      +HABITAT FOR HUMANITY- DELAWARE, COUNTY, PENNSYLVAN,     PHFA Loan Servicing Division,
                211 North Front Street,    Harrisburg, PA 17101-1466
13866274      +Michael D. Ward,,    Attorney at law,    1800 JFK Blvd.,    Suite 300,
                Philadelphia, PA 19103-7402
13779773      +Michael McKeever, Esquuire,    KML Law Group P.C.,    701 Market,    St #5000,
                Philadelphia, PA 19106-1538
13779780       Midnight Velvet,    1112 7th Ave.,    Monroe, WI 53566-1364
13779782       Monroe and Main,    1112 7th Ave.,    Monroe, WI 53566-1364
13779778      +PENNSYLVANIA FEDERAL COU,    900 MARKET STREET RM 400,    PHILADELPHIA , PA 19107-4233
13779774      +Probation Dept of Delaware County,    P O BOX 1057,    MEDIA PA 19063-0857
13779784       Seventh Avenue,    1112 Seventh Ave.,    Monroe, WI 53566-1364
13779783       Through the Country Door,    1112 7th Ave.,    Monroe, WI 53566-1364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov May 20 2017 01:05:32      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 20 2017 01:04:54
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 20 2017 01:05:16      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13847204      +E-mail/Text: g20956@att.com May 20 2017 01:05:41      AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ 07921-2693
13779775       E-mail/Text: cio.bncmail@irs.gov May 20 2017 01:04:32      IRS,    PO BOX 145595,
                CINCINNATI OH 45250
13779781      +E-mail/Text: blegal@phfa.org May 20 2017 01:05:05      PHFA,    Box 15057,
                211 North Front Street,    Harrisburg, PA 17101-1466
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +City of Chester,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13779776*     +Internal Revenue Service,    600 ARCH STREET,    PHILADELPHIA PA 19106-1695
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2                  User: Stacey                    Page 2 of 2                    Date Rcvd: May 19, 2017
                                      Form ID: pdf900                 Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Chester jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HABITAT FOR HUMANITY- DELAWARE, COUNTY,
               PENNSYLVANIA, INC. bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MICHAEL D. WARD    on behalf of Debtor Gaye Pomika Bigbee mdwecf@gmail.com,
               G7290@notify.cincompass.com
              THOMAS I. PULEO    on behalf of Creditor    HABITAT FOR HUMANITY- DELAWARE, COUNTY, PENNSYLVANIA,
               INC. tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Gaye Pomika Bigbee | : | Chapter 13 |
| , | : | |
| Debtor(s). | : | Bankruptcy No. 16-15859-MDC |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such

service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 5/18/17

_Magdeline D. C_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE