IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                              :

**Gaye Pomika Bigbee**                             :         BK NO.

    **Debtor**                 :         **16-15859-MDC**

## ORDER APPROVING LEGAL FEE

AND NOW, this 21st day of June 2017, upon consideration of the within application filed by Michael D Ward, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable in light of the services performed by Counsel, and it is therefore:

ORDERED as follows:

Debtor's counsel's fee of $3,000.00 and costs of $310.00, for a total of $3,310.00 is hereby approved; and

Payment of $2,310.00 to the undersigned counsel for the Debtor in the Debtor=s Chapter 13 Plan is hereby approved.

By the Court:

_Magdeline D. Coleman_
_____
United States Bankruptcy Judge