United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15859-mdc
Gaye Pomika Bigbee                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Jun 21, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2017.
db             +Gaye Pomika Bigbee,   926 Madison Street,   Chester, PA 19013-5921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2017 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Chester jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HABITAT FOR HUMANITY- DELAWARE, COUNTY,
               PENNSYLVANIA, INC. bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MICHAEL D. WARD    on behalf of Debtor Gaye Pomika Bigbee mdwecf@gmail.com,
               G7290@notify.cincompass.com
              THOMAS I. PULEO    on behalf of Creditor    HABITAT FOR HUMANITY- DELAWARE, COUNTY, PENNSYLVANIA,
               INC. tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                     :

**Gaye Pomika Bigbee**                      :        BK NO.

   Debtor                                          :        **16-15859-MDC**

## ORDER APPROVING LEGAL FEE

AND NOW, this 21st day of June 2017, upon consideration of the within application filed by Michael D Ward, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable in light of the services performed by Counsel, and it is therefore:

ORDERED as follows:

    Debtor's counsel's fee of $3,000.00 and costs of $310.00, for a total of $3,310.00 is hereby approved; and

    Payment of $2,310.00 to the undersigned counsel for the Debtor in the Debtor=s Chapter 13 Plan is hereby approved.

By the Court:

*Magdeline D. Coleman*
_____
United States Bankruptcy Judge